# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LANCE RANDAL ALCOTT,

        **Defendant.**

Case No. 6:14-CR-00205-MC

## ORDER CONTINUING SUPERVISED RELEASE WITH MODIFICATION OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE

On November 10, 2014, the defendant appeared before this court, for sentencing following his plea of guilty to count 1 of the Indictment. He was sentenced to thirty (30) months custody followed by a three (3) year term of supervised release, upon the standard and special conditions. The term of supervised release commenced on June 20, 2016.

On October 12, 2018, this court issued a petition for warrant and order to show cause why the term of supervised release order previously granted should not be revoked based on the probation officer's allegation that defendant violated the conditions of release.

On November 6, 2018, the defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted he had violated the conditions of supervised release by failing to appear for random scheduled drug

testing, failing to report to the probation officer and refrain from using alcohol or other controlled substances.

THE COURT FINDS that the defendant has violated conditions standard conditions 4, 7 and 12 of his supervised release as set forth above, said violation constitutes A Grade C violation pursuant to Guideline § 7B1.1(a)(2). A Grade C violation coupled with the defendant's Criminal History Category of IV, produces a suggested imprisonment range of 6 to 12 months (§ 7B1.4 Revocation Table).

IT APPEARS TO THE COURT that the defendant is amenable to supervision.

IT IS ORDERED AND ADJUDGED that the term of supervised release is continued under the previously imposed conditions of supervision and the following new conditions:

1. You must participate in a substance abuse treatment or alcohol abuse treatment program, which may include inpatient treatment, and follow the rules and regulations of that program. The probations officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The program may include urinalysis testing to determine if you have used drugs or alcohol. You must not attempt to obstruct or tamper with the testing methods.

IT IS FURTHER ORDERED that the defendant is remanded to the custody of the United States Marshal and shall remain in custody at a Federal Detention Center or other facility as determined by the United States Marshal until arrangements can be made by a U.S. Probation Officer for direct placement in an inpatient treatment program, or for unescorted travel. Upon receiving notification from the U.S. Probation Officer, the United

States Marshal shall release the defendant to the U.S. Probation Officer or the inpatient treatment program.

Dated this \_\_11\_\_ day of December, 2018.

                                                **Michael J. McShane**
                                                **United States District Judge**